UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: CAROL BAGLEY AMON, U.S.D.J.**

DATED: 10/13/2016    TIME: 9:40-10:40

CRIMINAL CAUSE FOR: Arraignment on Indictment & Status Conference

DOCKET #: CR15-00628

DEFENDANT: Qian Zheng- #1 -c         ATTORNEY: James Kousouros, Esq.

DEFENDANT: Kai Huan Huang- #5- c     ATTORNEY: Avraham Moskowitz, Esq.

DEFENDANT: Jiyao Jiang- #7- b        ATTORNEY: Richard Levitt, Esq.

DEFENDANT: Xue Jiang Gao- #8- c      ATTORNEY: Joyce David, Esq.

ASSISTANT U.S. ATTORNEY: Nadia Moore & Maria Cruz Melendez & Ameet Kabrawala

COURT REPORTER: Joshua Edwards

INTERPRETER: Fuzhou

PROBATION OFFICER:

PRETRIAL OFFICERS:                   DEPUTY: **Eddie Manson**

Dfts waive formal & public reading of SS Indictment.

Not guilty pleas accepted by the Court.
Application to sever trial granted.
Trial date for Ds Zheng & Gao adj'd to 2/21/17.
OED con'd (complex nature of discovery) through 2/21/17.
Trial as to Ds Huang & Jiang will proceed on 11/7/16.